MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5589
Facsimile:  (408) 535-5066
Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

**FILED**

SEP 2 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,            )   No. CR 13-71051 HRL
                                     )
        Plaintiff,                   )
                                     )   STIPULATION AND [PROPOSED]
    v.                               )   ORDER VACATING AND
                                     )   RESCHEDULING HEARING DATE
CASEY RILAND,                        )
                                     )
        Defendant.                   )
                                     )
_____)

## STIPULATION

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Casey Riland, by and through his counsel Assistant Federal Public Defender Heather Angove, hereby stipulate that, with the Court's approval, the defendant's arraignment, currently scheduled before this Court on Friday, September 27, 2013, at 1:30 p.m., be vacated and rescheduled for Wednesday, October 9, 2013, at 8:30 a.m., before the Honorable Paul S. Grewal. The rescheduling is requested to allow government counsel additional time to
//

1

obtain and review discovery before filing formal charges.

It is so stipulated.

Dated: September 23, 2013                  /s/
                                           MEREDITH J. EDWARDS
                                           Special Assistant United States Attorney

Dated: September 23, 2013                  /s/
                                           HEATHER ANGOVE
                                           Attorney for Casey Riland

**[PROPOSED] ORDER**

Pursuant to the agreement and stipulation of the parties, the Court hereby orders that the arraignment in this case, before this Court on Friday, September 27, 2013, at 1:30 p.m., be vacated and rescheduled for Wednesday, October 9, 2013, at 8:30 a.m., before the Honorable Paul S. Grewal.

IT IS SO ORDERED.

DATED: 9/25/13

_____
HOWARD R. LLOYD
United States Magistrate Judge