1  STEVEN G. KALAR
   Federal Public Defender
2  HEATHER M. ANGOVE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   heather_angove@fd.org
5
   Counsel for Defendant, CASEY RILAND
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. CR 13-00669 DLJ
                                       )
                Plaintiff,             )   **STIPULATION TO CONTINUE STATUS**
12                                     )   **CONFERENCE;  ORDER**
   vs.                                 )
13                                     )
   CASEY RILAND,                       )
14                                     )
                Defendant.             )
15 _____)

16                         **STIPULATION**

17     Defendant Casey Riland, by and through Assistant Federal Public Defender Heather M.

18 Angove, and the United States, by and through Special Assistant United States Attorney Edward

19 R. Fluet, hereby stipulate that, with the Court's approval, the status hearing currently set for

20 December 12, 2013 at 9:00 a.m., shall be continued to December 19, 2013 at 9:00 a.m.

21     The reason for the requested continuance is that the parties need additional time to

22 negotiate the terms of the plea agreement.

23     The parties agree that the time between December 12, 2013, and December 19, 2013, is

24 excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of

25 counsel and effective preparation by defense counsel.

26
   **STIPULATION TO CONTINUE STATUS**
   **CONFERENCE;  ORDER**
   **No. CR 13-00669 DLJ**                        1

1   IT IS SO STIPULATED.

2  Dated: December 5, 2013

3                                            \_\_\_\_/s/_____
                                             HEATHER ANGOVE
4                                            Assistant Federal Public Defender
   Dated: December 5, 2013
5
                                             \_\_\_\_/s/_____
6                                            EDWARD R. FLUET
                                             Special Assistant United States Attorney
7

8                                     []'""""""""""""""""""'**ORDER**

9   GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

10  ORDERED that the status hearing shall be continued from December 12, 2013 at 9:00 a.m., to

11  December 19, 2013 at 9:00 a.m.

12  THE COURT FINDS that failing to exclude the time between December 12, 2013, and

13  December 19, 2013, would unreasonably deny the defendant's continuity of counsel, and would

14  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

15  account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

16  THE COURT FURTHER FINDS that the ends of justice served by excluding the time

17  between December 12, 2013, and December 19, 2013, from computation under the Speedy Trial

18  Act outweigh the interests of the public and the defendant in a speedy trial.

19  THEREFORE, IT IS HEREBY ORDERED that the time between December 12, 2013,

20  and December 19, 2013, shall be excluded from computation under the Speedy Trial Act, 18

21  U.S.C. § 3161(h)(7)(A) and (B)(iv).

22  IT IS SO ORDERED.

23  Dated: December F€ \_\_\_\_, 2013                        _____
24                                                         THE HONORABLE D. LOWELL JENSEN
                                                           United States District Court Judge
25

26

**STIPULATION TO CONTINUE STATUS
CONFERENCE;  ORDER
No. CR 13-00669 DLJ**                           2